PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT
## FOR THE
### District of Guam

**FILED**
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

JOANNE DEL C. RODRIGUEZ

CRIMINAL CASE NO. 01-00130-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 11, 2005**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Joseph Tock, SUSA
Richard Arens, AFPD
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 21st day of June 2006.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

**RECEIVED**
JUN 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM